# DEBTOR CHANGE OF ADDRESS FORM

CASE NO. 0172992

DEBTOR(S) NAME Frankie Royal

NEW ADDRESS 2912 Main Ave #21
Northport, AL 35476

PHONE NO. (205-330-9405

NOTES: _____

INITIALS: _____    DATE: _____

CHANGE OF INFORMATION REQUESTED BY: DEBTOR__ ATTORNEY__ OTHER__

CC: CLERK OF THE BANKRUPTCY COURT

Changed 3/31/05 JR